

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

March 20, 2008

**BY FAX**

Honorable Barbara S. Jones
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE        3/21/08  dh
```

Re: Veronica L. Holder v. Astrue
    07 Civ. 2906 (BSJ)

Dear Judge Jones:

Pursuant to the briefing schedule in the above-referenced Social Security case, the Government's motion for judgment on the pleadings is due today, March 20, 2008. On January 18, 2008, the Government offered to remand this case for further administrative proceedings. Plaintiff's counsel was unable to reach his client for an extended period of time to obtain her consent to the proposed remand. Yesterday, plaintiff's counsel advised me that he had reached his client, and counsel for the parties discussed the terms of a possible remand. In order to allow time for the parties to resolve the terms of a remand order, we respectfully request, with the consent of plaintiff's counsel, that the remaining briefing schedule in this matter be adjourned for thirty days, as follows: Government's motion by April 21, 2008, plaintiff's reply by May 5, 2008, and Government's reply by May 19, 2008. Two previous adjournments of the briefing schedule were granted. We appreciate the Court's consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

*Application Granted.*

By: _____
SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
fax (212) 637-2750

SO ORDERED. _____
Dated:
BARBARA S. JONES
U.S.D.J.

3/20/08