☐ **ORIGINAL**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2804
Fax. (212) 637-2750


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
VERONICA L. HOLDER,             :
                                :
              Plaintiff,        :
                                :
         - v. -                 :    STIPULATION AND ORDER
                                :         OF REMAND
MICHAEL J. ASTRUE,              :
Commissioner of                 :    07 Civ. 2906 (BSJ)
Social Security,                :
              Defendant.        :
                                :
- - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/08
```

administrative proceedings. The Clerk is directed to enter judgment. <u>See</u> <u>Shalala v. Schaefer</u>, 509 U.S. 292 (1993).

Dated: New York, New York
       April    , 2008

>                    DRAKE, LOEB, HELLER, KENNEDY,
>                      GOGERTY, GABA & RODD LLC
>                    Attorneys for Plaintiff
>
>                    By: _____
>                        GARY J. GOGERTY, ESQ.
>                        555 Hudson Valley Avenue
>                        Suite 100
>                        New Windsor, New York  12553
>                        Telephone No.: (845) 561-0550
>
>                    MICHAEL J. GARCIA
>                    United States Attorney for the
>                    Southern District of New York
>                    Attorney for Defendant
>
>                    By: Susan C. Branagan
>                        SUSAN C. BRANAGAN
>                        Assistant United States Attorney
>                        86 Chambers Street - 3rd Floor
>                        New York, New York  10007
>                        Telephone No.: (212) 637-2804
>                        Susan.Branagan@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
May 6, 2008