**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
VERONICA L. HOLDER,

                Plaintiff,          07 **CIVIL** 2906 (BSJ)

      -against-                **JUDGMENT**

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                Defendant.
-----------------------------------------------------------X

**SCANNED**

Whereas the parties having stipulated that this action be remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. 405(g), for further administrative proceedings, and the matter having come before the Honorable Barbara S. Jones, United States District Judge, and the Court, on May 6, 2008, having rendered its Order directing the Clerk of the Court to enter judgment remanding this matter to the Commissioner for further proceedings, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 6, 2008, this action is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. 405(g), for further administrative proceedings.

**Dated:** New York, New York
          May 7, 2008

                                        **J. MICHAEL McMAHON**
                                               **Clerk of Court**
                      BY:
                                                **Deputy Clerk**

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____